UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford Division

IN RE: ERNAL MARSH JR.
HEATHER MARSH
      DEBTORS      : CHAPTER 13
                                : CASE NO. 15-22013

                                : DECEMBER 4, 2015

## APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby enters its appearance for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2004-4, ASSET-BACKED CERTIFICATES, SERIES 2004-4, a creditor and party in interest in the above estate and, pursuant to Bankruptcy Rules 2002 and 9007, requests that all notices given or required to be given in the above- captioned case be served upon the undersigned at the address set forth below.

The foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail delivery, telephone, telegraph, telex or otherwise, which affects the debtor or the property of the debtor.

Dated: December 4, 2015

By_____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120
(860) 808-0606
Fed Bar No. CT 22287

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance and Request for Notice was served via first class, postage prepaid mail and/or via ECF e-mail this 4th day of December, 2015 to:

Ernal Marsh, Jr.
Heather Marsh
162 White Rock Drive
Windsor, CT 06095
(Debtors)

Suzann L. Beckett
543 Prospect Avenue
Hartford, CT 06105
(Debtors' Attorney)

Molly T. Whiton
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

U.S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

By_____
Linda J. St. Pierre, Esq.
Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120
(860) 808-0606
Fed Bar No. CT 22287