## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re | Case no.: 15-22013 |
| Ernal Marsh Jr. & Heather Marsh, | Chapter 13 |
| Debtors. | |

### NOTICE OF CONTESTED MATTER RESPONSE DATE

Heather Marsh (the "Movants"), by and through counsel, Suzann L. Beckett, has filed a Motion to Borrow, (the "Contested Matter") with the U.S. Bankruptcy Court.  Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than July 28, 2016*.  In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. § 102(1).

Dated:      July 14, 2016         ERNAL & HEATHER MARSH, DEBTORS

By: /s/ Suzann L. Beckett
Suzann L. Beckett (ct02186)
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT 06105
T: 860-236-1111
F: 860-236-0050
SuzannB@beckett-law.com

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re | Case no.: 15-22013 |
|---|---|
| **Ernal Marsh Jr. & Heather Marsh,** | Chapter 13 |
| Debtors. | |

### CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 14th day of July, 2016, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1. **Documents Served**:

    1. Motion to Borrow
    2. Proposed Order
    3. Notice of Contested Matter

2. **Parties Served Via First Class Mail**:

    1. Ernal Marsh, Jr.
       162 White Rock Drive
       Windsor, CT 06095

    2. Heather Marsh
       162 White Rock Drive
       Windsor, CT 06095

    3. Synchrony Bank
       c/o Recovery Management Systems Corp.
       25 SE 2nd Avenue, Suite 1120
       Miami, FL 33131-1605

3. **Parties served via CM/ECF**:

    1. Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Long Beach Mortgage Loan Trust 2004-4, Asset-Backed Certificates, Series 2004-4
       Represented by Linda St. Pierre
       Hunt Leibert Jacobson

bankruptcy@huntleibert.com

2. Suzann L. Beckett
   Beckett Law LLC
   SuzannB@Beckett-Law.com

3. Edward C. Taiman, Jr.
   Sabia Taiman, LLC
   etaiman@sabialaw.com

4. U. S. Trustee
   Office of the U.S. Trustee
   USTPRegion02.NH.ECF@USDOJ.GOV

5. Molly T. Whiton
   mtwhiton@mtwhiton.com

Dated: July 14, 2016              MOVANTS, ERNAL & HEATHER MARSH

/s/ Suzann Beckett
Suzann Beckett (ct02186)
Beckett Law, LLC
543 Prospect Avenue
Hartford, CT  06105
T: 860-236-1111
F: 860-236-0050
SuzannB@beckett-law.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re                                                                                   Chapter 13

ERNAL MARSH
HEATHER MARSH,
    DEBTORS

Case No. **15-22013**

July 14, 2016

## MOTION TO BORROW

    Heather Marsh, (the "Movants"), by and through counsel, Suzann L. Beckett, hereby move for permission and/or ratification to co-borrow the sum of $11,108.94 from Community Healthcare Credit Union, Inc., for the purpose of purchasing a 2006 vehicle to replace the family's pre-existing vehicle. In support thereof the Movant respectfully represents as follows:

    1.    On November 24, 2015, the Movant and her husband filed in this Court a voluntary petition under Chapter 13 of Title 11, United States Code.

    2.    Molly T. Whiton was duly appointed trustee.

    3.    The Movant's plan is scheduled for confirmation on July 28, 2016.

    4.    At the time of filing, the Movant and her husband were sharing a 2006 Ford with approximately 178,000 miles but that vehicle's transmission "blew" last week rendering it inoperable.

    6.    The Movants both work and are the parents of 4 children. They need to have a dependable vehicle for transportation and accordingly found another 2006 vehicle, which has significantly less mileage (approximately 100,000).

    7.    The Movant Wife's mother agreed to co-sign a loan to enable them to get financing.

**WHEREFORE,** the Movants respectfully ask the Court to enter an Order as follows:

 A.   That the Debtors' Motion to Borrow as set forth herein be granted and approved;

 C.   Such other and further relief as to the Court may seem just and proper.

Dated at Hartford, Connecticut this 14th day of July, 2016.

               MOVANTS,

         By:   /s/ Suzann L. Beckett
              Suzann L. Beckett
              Beckett Law, LLC
              543 Prospect Avenue
              Hartford, CT  06105
              (860) 236-1111
              Federal Bar No. ct 02186

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Hartford / New Haven Division

IN THE MATTER OF

IN PROCEEDINGS UNDER
CHAPTER 13

HEATHER MARSH

Case No. 15-22013

## ORDER GRANTING PERMISSION TO BORROW

The Debtor's Motion to Borrow, having been duly noticed and heard by the Court and it appearing that the same should be sustained, it is hereby

GRANTED,

Dated at Hartford, Connecticut, this ____ day of July, 2014.

_____