UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

IN RE:

ERNAL MARSH, JR.,
       DEBTOR

CHAPTER 13
CASE NO: 15-22013

ECF NO. _____

## FIRST APPLICATION FOR COMPENSATION

TO THE HONORABLE ANN M. NEVINS, U.S. BANKRUPTCY JUDGE:

This Application is submitted by the undersigned Suzann L. Beckett, Esq. ("Applicant") pursuant to Federal Rules of Bankruptcy Procedure Rule 2016(a) seeking an Order from this Honorable Court approving the request for Attorney Fee Compensation in accordance with the representations below and the exhibits attached hereto.

The undersigned represents as follow in support of this Application.

1. The undersigned was retained in or about May 2015, for purposes of filing a Chapter 13 bankruptcy petition.

2. At the time the Applicant was retained, the Debtor's home was in foreclosure. Time was of the essence in proceeding with the bankruptcy filing.

3. The Chapter 13 petition was filed on or about November 24, 2015.

4. Prior to and during the pendency of this case, Applicant has provided extensive professional services including, but not limited to:

    a. Reviewing the Superior Court foreclosure matter and status;

    b. Reviewing and analyzing financial information, preparing a feasibility review;

    c. Preparing and filing a Chapter 13 petition, schedules & plan;

    d. Preparing for, attending, and representing Debtor at the 341 hearing;

    e. Reviewing claims for validity, research re blight as to priority status and other issues. Filing Claims as needed.

    f. Review Motion for Relief, Prepare Objection to Same.

    g. Preparing and Filing Motions to Avoid liens with regard to encumbrances on the land records;

    h. Preparing and Filing a Motion to Determine Secured Claim status; Attention to Response.

    i. Evaluating tax claims; Negotiating with IRS and DRS as to lien releases.

    j. Holding numerous telephone and in-person conferences with client and staff to discuss matters arising from time to time;

    k. Various telephone conferences and emails with creditors and/or counsel for creditors.

    l. Preparing case for final confirmation, including conversations and emails with Trustee and the Trustee's staff;

    m. Attendance at one or more hearings for confirmation and/or to obtain a continued confirmation date.

5. During the course of representation, the Applicant has rendered extensive professional services to the Debtor. Attached hereto are time records for the 14 month period commencing in May, 2015 and continuing through July, 2016. Time records are identified in six (6) minute intervals.

6. Applicant has used other members of the Firm when doing so would reduce legal fees without causing a negative impact on the Debtor's representation. The total firm hours are 83.65, including both attorney and paralegal time, and totals approximately $25,242.25.

7. Applicant has agreed to accept the sum of $4,500.00 as fees for the pre-petition services provided. $4,060.00 was paid pre-petition.

8. Applicant has charged the sum of $4,850.00 for post-petition services. Applicant has received approval for all fees from Debtor.

9. The Applicant does hereby request this Court's approval of $4,850.00 in post-petition services, and the remaining balance of $440.00 for pre-petition services, for a total of $5,290.00 to be paid inside the plan. Said sums are heavily discounted from the

actual value of the professional services rendered.

WHEREFORE, Applicant requests the following relief:

1. An Order of this Court authorizing and approving Applicant an award of interim compensation for professional services in the sum of $9,350.00, of which $5,290.00 remains due and owing.

2. Any and all other relief as the Court may deem just and equitable.

                                                                  /s/ Suzann L. Beckett
Suzann L. Beckett, Esq.
543 Prospect Avenue
Hartford, CT   06105
Ct:   02186
Tel:  860-236-1111
Fax:  860-236-0050

INVOICE NUMBER: 18
INVOICE DATE: JULY 28, 2016
DUE DATE: JULY 29, 2016

Marsh, Ernal, Jr.
Chapter 13 Bankruptcy
162 White Rock Drive
Windsor, CT 06095

| DATE | USER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | SERVICES | | | |
| APR-13-15 | | Meeting with Client. Attention to Client Documents. Memo to File. | 0.75 | $375.00 | $281.25 |
| APR-19-15 | | Review of file. | 0.20 | $375.00 | $75.00 |
| APR-22-15 | | Telephone conference with client. | 0.20 | $95.00 | $19.00 |
| APR-29-15 | | Attention to Incoming Documents. | 0.30 | $375.00 | $112.50 |
| MAY-04-15 | | Attention to File. Begin Bankruptcy analysis. | 1.00 | $95.00 | $95.00 |
| MAY-05-15 | | Telephone conference with client. | 0.20 | $95.00 | $19.00 |
| MAY-08-15 | | Letter to client. | 0.10 | $375.00 | $37.50 |
| MAY-11-15 | | Telephone conference with client. Memo to File. | 0.40 | $95.00 | $38.00 |
| MAY-12-15 | | Attention to incoming mail. Prepare for Client Meeting. | 0.40 | $375.00 | $150.00 |
| MAY-13-15 | | Meeting with client. Memo to File. | 1.00 | $95.00 | $95.00 |
| MAY-14-15 | | Attention to incoming mail. Attention to File. | 0.30 | $375.00 | $112.50 |
| MAY-16-15 | | Attention to incoming client documents. | 0.20 | $375.00 | $75.00 |
| MAY-18-15 | | Attention to incoming appraisal. Further work on analysis and recommendations. | 0.10 | $375.00 | $37.50 |
| MAY-21-15 | | Review pending litigation. Telephone conference with client. | 0.90 | $95.00 | $85.50 |
| MAY-28-15 | | Meeting with client. Memo to File. | 1.00 | $95.00 | $95.00 |
| MAY-28-15 | | Attention to incoming client documents. | 0.40 | $375.00 | $150.00 |
| JUN-01-15 | | Telephone conference with creditor. | 0.10 | $95.00 | $9.50 |
| JUN-09-15 | | Left message for client. | 0.10 | $95.00 | N/C |

INVOICE NUMBER: 18

| DATE | USER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-11-15 | | Attention to incoming client documents. | 0.30 | $375.00 | $112.50 |
| JUN-11-15 | | Left message for client. | 0.10 | $95.00 | N/C |
| JUN-17-15 | | Lengthy Telephone conference with client. Letter to client . | 0.50 | $375.00 | $187.50 |
| JUN-18-15 | | Attention to File. Work on preparing petition. Letter to client. Download and review credit report. Prepare /Update income summary. Summarize pending litigation. | 4.20 | $95.00 | $399.00 |
| JUN-22-15 | | Receipt of retainer and signed authorizations. Memo to File. | 0.40 | $95.00 | N/C |
| JUL-06-15 | | Telephone conference with client. | 0.20 | $95.00 | $19.00 |
| JUL-08-15 | | Telephone conference with client. | 0.20 | $95.00 | $19.00 |
| JUL-10-15 | | Telephone conference with client. | 0.10 | $95.00 | $9.50 |
| JUL-13-15 | | Telephone conference with client. | 0.10 | $95.00 | $9.50 |
| JUL-16-15 | | Letter to client. Telephone conference with client. Update income summary. | 0.60 | $95.00 | $57.00 |
| JUL-17-15 | | Telephone conference with client. Letter to client. | 0.30 | $95.00 | $28.50 |
| JUL-20-15 | | Attention to incoming mail. Internal Conference. Memo to File. | 0.50 | $375.00 | $187.50 |
| JUL-20-15 | | Meeting with client. Memo to File. | 0.30 | $95.00 | $28.50 |
| JUL-25-15 | | Thorough Review of Facts and Law; Review and Revise Recommendations. Memo to file re: outstanding issues. | 1.10 | $375.00 | $412.50 |
| JUL-30-15 | | Telephone conference with client. Memo to File. | 0.20 | $95.00 | $19.00 |
| AUG-03-15 | | Telephone conference with client. Memo to File. | 0.40 | $375.00 | $150.00 |
| AUG-04-15 | | Letter to client. | 0.10 | $375.00 | $37.50 |
| AUG-05-15 | | Attention to incoming mail. | 0.10 | $375.00 | $37.50 |
| AUG-06-15 | | Meeting with client. Memo to File. | 0.30 | $375.00 | $112.50 |
| AUG-06-15 | | Attention to incoming mail. | 0.10 | $375.00 | $37.50 |
| AUG-09-15 | | File review. Memo to File. | 1.00 | $95.00 | $95.00 |

INVOICE NUMBER: 18

| DATE | USER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| AUG-12-15 | | Attention to incoming mail. Memo to File. | 0.30 | $375.00 | $112.50 |
| AUG-13-15 | | Telephone conference with client. | 0.40 | $375.00 | $150.00 |
| AUG-16-15 | | Attention to File. Memo to File. | 0.20 | $375.00 | $75.00 |
| AUG-17-15 | | Letter to client. | 0.20 | $375.00 | $75.00 |
| AUG-24-15 | | Telephone calls from client. | 0.40 | $95.00 | $38.00 |
| AUG-25-15 | | Receipt of incoming client documents. Organize and begin to update draft Petition. | 0.60 | $95.00 | $57.00 |
| AUG-26-15 | | Attention to incoming client documents. Memo to File. | 0.90 | $375.00 | $337.50 |
| AUG-31-15 | | Update income summary. Review calculations. | 0.20 | $375.00 | $75.00 |
| SEP-02-15 | | Attention to File. Internal Conference. | 0.40 | $375.00 | $150.00 |
| SEP-03-15 | | Telephone conference with client. | 0.20 | $375.00 | $75.00 |
| SEP-09-15 | | Phone calls to / from client. | 0.30 | $375.00 | $112.50 |
| SEP-10-15 | | Telephone conference with client. | 0.20 | $95.00 | $19.00 |
| SEP-14-15 | | Letter to client. Telephone conference with client. Telephone conference with Hartford Superior Court. Memo to File. | 0.70 | $375.00 | $262.50 |
| SEP-16-15 | | Attention to File. Prepare Draft M/Open Judgment. Discussion with client. | 0.40 | $95.00 | $38.00 |
| SEP-18-15 | | Attention to incoming mail. Calendar new law date. | 0.20 | $375.00 | $75.00 |
| SEP-21-15 | | Update income summary. | 0.30 | $95.00 | $28.50 |
| SEP-22-15 | | Letter to client. | 0.20 | $375.00 | $75.00 |
| SEP-23-15 | | Telephone conference with client. | 0.20 | $375.00 | $75.00 |
| OCT-05-15 | | Attention to incoming mail. Review Draft Petition. Internal Conference. | 0.60 | $375.00 | $225.00 |
| OCT-06-15 | | Telephone conference with client. | 0.20 | $375.00 | $75.00 |
| OCT-15-15 | | Attention to File. Attention to incoming mail. | 0.10 | $375.00 | $37.50 |

INVOICE NUMBER: 18

| DATE | USER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| OCT-24-15 | | Attention to File as to Outstanding issues. | 0.20 | $375.00 | $75.00 |
| OCT-27-15 | | Letter to client. Telephone conference with client. | 0.40 | $375.00 | $150.00 |
| OCT-29-15 | | Attention to Client Documents. | 0.10 | $375.00 | $37.50 |
| OCT-30-15 | | Letter to client. Telephone conference with client. Review file in anticipation of Meeting with Client. Prepare Agenda. Internal Conference. | 0.80 | $375.00 | $300.00 |
| NOV-05-15 | | Meeting with client. Attention to incoming client documents. | 1.40 | $375.00 | $525.00 |
| NOV-12-15 | | Attention to File. Update income summary | 0.60 | $95.00 | $57.00 |
| NOV-13-15 | | Telephone conference with client. Letter to client. | 0.50 | $375.00 | $187.50 |
| NOV-16-15 | | Attention to File. Final Review prior to Finalizing Petition. Discussion with client as to open items. | 0.60 | $375.00 | $225.00 |
| NOV-16-15 | | Attention to incoming mail. | 0.20 | $95.00 | $19.00 |
| NOV-19-15 | | Telephone conference with client. | 0.20 | $375.00 | $75.00 |
| NOV-23-15 | | Telephone calls to / from client. Memo re: outstanding issues. Updated income summary. | 0.90 | $375.00 | $337.50 |
| NOV-24-15 | | Finalize petition. Review with Client and File. Letter to Committee. Letter to Bank Atty. | 1.80 | $375.00 | $675.00 |
| NOV-24-15 | | Letter to client. Telephone conference with client. | 0.60 | $95.00 | $57.00 |
| NOV-25-15 | | Letter to client. | 0.20 | $375.00 | $75.00 |
| NOV-26-15 | | Attention to incoming mail. | 0.10 | $375.00 | $37.50 |
| NOV-27-15 | | Attention to incoming mail. | 0.10 | $375.00 | $37.50 |
| NOV-30-15 | | Attention to incoming mail. Memo to File. | 0.30 | $375.00 | $112.50 |
| DEC-01-15 | | Telephone conference with client. Prepare file in anticipation of meeting. Prepare agenda. | 0.60 | $375.00 | $225.00 |

Page 4 of 10

INVOICE NUMBER: 18

| DATE | USER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| DEC-02-15 | | Meeting with client. Memo to File. Receipt and review of incoming client documents. | 1.60 | $375.00 | $600.00 |
| DEC-03-15 | | Telephone conference with client. Attention to incoming mail. Internal Conference. | 0.50 | $375.00 | $187.50 |
| DEC-04-15 | | Attention to incoming mail. | 0.20 | $375.00 | $75.00 |
| DEC-07-15 | | Meeting with client. Memo to File. | 0.50 | $375.00 | $187.50 |
| DEC-08-15 | | Attention to incoming mail. Memo to File. | 0.10 | $375.00 | $37.50 |
| DEC-09-15 | | Pull documents for Trustee. Prepare letter to Trustee with 341 hearing documents. | 1.00 | $95.00 | $95.00 |
| DEC-14-15 | | Attention to incoming mail. | 0.20 | $375.00 | $75.00 |
| DEC-16-15 | | Telephone conference with client. | 0.20 | $95.00 | $19.00 |
| DEC-16-15 | | Attention to incoming mail. Letter to client. | 0.50 | $375.00 | $187.50 |
| DEC-22-15 | | Attention to incoming mail. Travel to 341 hearing. Memo to file re: hearing outcome. Telephone conference with client. | 2.20 | $375.00 | $825.00 |
| DEC-23-15 | | Attention to incoming mail. | 0.20 | $375.00 | $75.00 |
| DEC-27-15 | | Attention to incoming mail. | 0.10 | $375.00 | $37.50 |
| DEC-30-15 | | Attention to incoming mail. | 0.30 | $375.00 | $112.50 |
| DEC-31-15 | | Letter to client. Attention to incoming mail. | 0.30 | $375.00 | $112.50 |
| JAN-04-16 | | Attention to incoming mail. Telephone Conference with Client. | 0.10 | $375.00 | $37.50 |
| JAN-06-16 | | Telephone conference with client. | 0.20 | $95.00 | $19.00 |
| JAN-06-16 | | Letter to client. | 0.20 | $375.00 | $75.00 |
| JAN-11-16 | | Telephone conference with client. Meeting with client. Memo to File. | 0.20 | $95.00 | $19.00 |
| JAN-12-16 | | Check Superior Court status of pending litigation; Prepare Draft State Court Notices; Internal Conference with Attorney. | 1.10 | $95.00 | $104.50 |

INVOICE NUMBER: 18

| DATE | USER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| JAN-13-16 | | Telephone conference with client. | 0.20 | $95.00 | $19.00 |
| JAN-14-16 | | Meeting with client. | 0.30 | $95.00 | $28.50 |
| JAN-20-16 | | Attention to incoming mail. | 0.10 | $375.00 | $37.50 |
| JAN-21-16 | | Attention to incoming mail. | 0.10 | $375.00 | $37.50 |
| JAN-22-16 | | Telephone conference with client. Memo to File. | 0.20 | $375.00 | $75.00 |
| JAN-25-16 | | Telephone conference with client. | 0.20 | $95.00 | $19.00 |
| JAN-26-16 | | Attention to incoming mail. Memo to File. | 0.40 | $375.00 | $150.00 |
| JAN-28-16 | | Attention to incoming mail. | 0.20 | $375.00 | $75.00 |
| JAN-29-16 | | Memo to File. | 0.10 | $95.00 | $9.50 |
| FEB-01-16 | | Review Proofs of Claims. Evaluate for possible Objections. | 1.50 | $375.00 | $562.50 |
| FEB-03-16 | | Telephone conference with I.R.S. Telephone conference with client. Attention to incoming mail. | 0.50 | $375.00 | $187.50 |
| FEB-04-16 | | Telephone conference with Dept of Revenue Services. Telephone conference with client. | 0.40 | $375.00 | $150.00 |
| FEB-08-16 | | Attention to File. Memo to File. re Status. Continued review of POCs. Telephone conference with client. Attention to incoming mail. | 1.00 | $375.00 | $375.00 |
| FEB-10-16 | | Telephone conference with client. | 0.20 | $95.00 | $19.00 |
| FEB-12-16 | | Attention to File. | 0.10 | $375.00 | $37.50 |
| FEB-16-16 | | Attention to File. | 0.20 | $95.00 | $19.00 |
| FEB-16-16 | | Telephone conference with Dept of Revenue Services. Telephone conference with client. | 0.40 | $375.00 | $150.00 |
| FEB-18-16 | | Telephone conference with I.R.S. | 0.20 | $375.00 | $75.00 |
| FEB-22-16 | | File state court notices and affidavits. Letter to Trustee. Internal Conference. | 1.00 | $375.00 | $375.00 |
| FEB-23-16 | | Letter to client. | 0.20 | $375.00 | $75.00 |
| MAR-01-16 | | Telephone conference with client. | 0.20 | $375.00 | $75.00 |

INVOICE NUMBER: 18

| DATE | USER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAR-22-16 | | Attention to File. Review notice on CL&P matter. Update creditor addresses. | 0.30 | $375.00 | $112.50 |
| MAR-31-16 | | Attention to updating creditor addresses. | 0.20 | $95.00 | $19.00 |
| APR-06-16 | | Attention to File. Memo to File. | 0.30 | $375.00 | $112.50 |
| APR-07-16 | | Attention to File. Memo to File. | 0.10 | $375.00 | $37.50 |
| APR-08-16 | | Attention to File. Memo to File. | 0.40 | $375.00 | $150.00 |
| APR-12-16 | | Prepare file for Confirmation hearing. | 2.50 | $375.00 | $937.50 |
| APR-18-16 | | Attention to File. | 0.20 | $375.00 | $75.00 |
| APR-21-16 | | Attention to incoming mail. | 0.20 | $375.00 | $75.00 |
| APR-25-16 | | Attention to incoming mail. | 0.20 | $375.00 | $75.00 |
| APR-27-16 | | Telephone conference with Trustee | 0.20 | $375.00 | $75.00 |
| APR-28-16 | | Travel to court for Confirmation hearing. | 0.75 | $375.00 | $281.25 |
| APR-29-16 | | Attention to incoming mail. Memo to File. | 0.10 | $375.00 | $37.50 |
| APR-29-16 | | Numerous calls with various Parties. Prepare draft Motion to Approve. | 1.10 | $375.00 | $412.50 |
| MAY-02-16 | | Letter to client. | 0.30 | $375.00 | $112.50 |
| MAY-02-16 | | Internal Conference. Telephone conference with client. Letter to client. | 1.60 | $95.00 | $152.00 |
| MAY-03-16 | | Attention title search. | 0.20 | $375.00 | $75.00 |
| MAY-04-16 | | Letter to client. | 0.30 | $375.00 | $112.50 |
| MAY-09-16 | | Attention to File. | 0.10 | $375.00 | $37.50 |
| MAY-13-16 | | Attention to File. Memo to File. Meeting with client. Attention to incoming mail. File M/Approve & M/Hearing | 3.00 | $375.00 | $1,125.00 |
| MAY-16-16 | | Attention to incoming mail. Attention to File. | 0.40 | $375.00 | $150.00 |
| MAY-17-16 | | Prepare and Mail Request for Information #1 | 0.50 | $95.00 | $47.50 |
| MAY-18-16 | | Memo to File. | 0.50 | $375.00 | $187.50 |

Page 7 of 10

INVOICE NUMBER: 18

| DATE | USER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-18-16 | SLB | Travel to Court for Motion to Approve Settlement. | 1.50 | $375.00 | $562.50 |
| MAY-20-16 | | Memo to File. Telephone conference with client. Letter to client. | 1.00 | $375.00 | $375.00 |
| MAY-21-16 | | Attention to File. | 0.20 | $375.00 | $75.00 |
| MAY-23-16 | | Attention to incoming mail. | 0.20 | $375.00 | $75.00 |
| MAY-23-16 | | Telephone conference with client. | 0.10 | $95.00 | $9.50 |
| MAY-31-16 | | Attention to File. | 1.20 | $375.00 | $450.00 |
| JUN-01-16 | | Attention to File. | 0.10 | $375.00 | $37.50 |
| JUN-03-16 | | Meeting with client. Memo to file re: outstanding issues. Internal Conference. Attention to title search. | 2.00 | $375.00 | $750.00 |
| JUN-05-16 | | Attention to incoming mail. | 0.20 | $375.00 | $75.00 |
| JUN-06-16 | DMG | Telephone conference with I.R.S. and DRS; Negotiations and Discussions. | 0.60 | $95.00 | $57.00 |
| JUN-07-16 | DMG | Telephone conference with I.R.S. Attention to incoming mail. | 0.40 | $95.00 | $38.00 |
| JUN-07-16 | SLB | Telephone conference with client. | 0.10 | $375.00 | $37.50 |
| JUN-08-16 | SLB | Attention to incoming mail. | 0.20 | $375.00 | $75.00 |
| JUN-09-16 | DMG | Telephone conference with I.R.S. Letter to I.R.S. Attention to incoming mail. | 0.60 | $95.00 | $57.00 |
| JUN-14-16 | DMG | Attention to drafting 506(a) motion in advance of filing. Telephone conference with I.R.S. | 1.00 | $95.00 | $95.00 |
| JUN-14-16 | SLB | Attention to incoming mail. | 0.20 | $375.00 | $75.00 |
| JUN-15-16 | SLB | File 506a motion. Calendar dates accordingly. | 1.50 | $375.00 | $562.50 |
| JUN-19-16 | SLB | Attention to incoming I.R.S. releases | 0.10 | $375.00 | $37.50 |
| JUN-20-16 | DMG | Attention to File. | 0.10 | $95.00 | $9.50 |
| JUN-21-16 | DMG | File Status Memo. Telephone call to / from I.R.S. | 1.00 | $95.00 | $95.00 |
| JUN-22-16 | DMG | Attention certified mail delivery. Internal Conference. | 0.10 | $95.00 | $9.50 |
| JUN-23-16 | DMG | Telephone conference with I.R.S. | 0.20 | $95.00 | $19.00 |

Page 8 of 10

INVOICE NUMBER: 18

| DATE | USER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| JUN-23-16 | SLB | Attention to File. | 0.10 | $375.00 | $37.50 |
| JUN-23-16 | SLB | Travel to Court for Confirmation hearing. | 0.75 | $375.00 | $281.25 |
| JUN-24-16 | SLB | Attention to incoming mail. Memo to File. | 0.20 | $375.00 | $75.00 |
| JUN-29-16 | DMG | Attention to File. | 0.10 | $95.00 | $9.50 |
| JUN-30-16 | DMG | Telephone conference with client. Attention to incoming mail. | 0.40 | $95.00 | $38.00 |
| JUL-01-16 | SLB | Memo to file re: financial information; prepare letter to Town of Windsor w/Discharge Check. | 0.50 | $375.00 | $187.50 |
| JUL-05-16 | SLB | Attention to billing. | 0.20 | $375.00 | $75.00 |
| JUL-11-16 | DMG | Attention to status of Motion to Avoid Liens. | 0.20 | $95.00 | $19.00 |
| JUL-11-16 | SLB | Work on File; Evaluation of status of all outstanding issues; Prepare for Confirmation Hearing. | 1.80 | $375.00 | $675.00 |
| JUL-12-16 | SLB | Letter to Town of Windsor re recording. | 0.10 | $95.00 | $9.50 |
| JUL-13-16 | SLB | Continued Work on File; Evaluation of status of all outstanding issues; Prepare for Confirmation Hearing. Prepare meeting agenda for Signing Meeting with clients; Update Schedule J; Prepare Amended Plan. Check Access 13. etc. | 1.60 | $375.00 | $600.00 |
| JUL-28-16 | SLB | Anticipated time for discussions with Trustee, Travel and Attendance Attention to Confirmation hearing. Prepare Post-Confirmation letter to client. | 2.00 | $375.00 | $750.00 |
| | | EXPENSES | | | |
| MAY-03-16 | | *Title Search* | 1.00 | $200.00 | $200.00 |
| JUL-05-16 | | Recording Fee. | 1.00 | $53.00 | $53.00 |
| | | SUMMARY | | | |
| | | Total amount of services | | | $24,989.25 |
| | | Total amount of expenses | | | $253.00 |
| | | Total All hours for this invoice | 86.95 | | |

Page 9 of 10

INVOICE NUMBER: 18

| DATE | USER | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | Total No Charge hours for this invoice | 0.60 | | |
| | | Total Billable hours for this invoice | 86.35 | | |
| | | Total amount of this invoice | | | $25,242.25 |

| ACCOUNT INFORMATION | |
|---|---|
| Prior account balance | $0.00 |
| New charges (including this invoice) | $25,242.25 |
| Sum of payment amounts | ($4,757.00) |
| Current account balance | $20,485.25 |

**AMOUNT DUE: $20,485.25**