# United States Bankruptcy Court

## District of Connecticut



Filed & Entered
On Docket
July 21, 2016

In re:
Ernal Marsh Jr.
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–4774

Heather Marsh
Last four digits of Social–Security No or other Individual Taxpayer–Identification No (ITIN): xxx–xx–7748
                    Debtor(s)

Case Number: 15–22013 amn
Chapter: 13

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **August 25, 2016** at **11:00 AM** to consider and act upon the following matter(s):

> **Amended Application for Compensation for Suzann L. Beckett, Debtor's Attorney, Fee: $9350.00, Expenses: $0.00. Filed by Suzann L. Beckett, Attorney (Re: Doc #52)**

The hearing scheduled above may be continued or adjourned without further notice.

TO THE MOVANT: If you or your attorney do not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: July 21, 2016

For the Court

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 – lad