**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re                                          ) | |
|    ERNAL MARSH & HEATHER MARSH,   ) | CHAPTER 13 |
|    DEBTORS                                 ) | CASE NO.: 15-22013 |
| _____ ) | |

CERTIFICATE OF SERVICE
AS TO AMENDED APPLICATION FOR COMPENSATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002, and 7004, the undersigned certifies that the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

1. Documents Served:
    a. Amended Application for Compensation
    b. Proposed Order
    c. Notice of Hearing

2. Parties Served Via First Class Mail on July 22, 2016:
    a. Ernal & Heather Marsh, 162 White Rock Drive Windsor, CT 06095

3. Parties Served Electronically on July 16 and July 21, 2016:
    a. Molly T. Whiton, Trustee (mtwhiton@mtwhiton.com)
    b. Office of the U.S. Trustee (USTPRegion02.NH.ECF@USDOJ.GOV)


                                           /s/ Suzann L. Beckett_____
                                         Suzann L. Beckett
                                         Commissioner of the Superior Court